FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

APR 23 2008

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

4/12/08
8:20 p.m.

Dear Judge Smalkine,

I hope and pray that your found to be in the very Best of mind and spirits. Mr. Smalkin I am writing in the regards of getting help from this new <u>crack law</u>. Since I've last been in your court room I've done alot of changing and maturing as a man while being in prison, I did go back to <u>school</u> and got my <u>G.E.D.</u>!! I have alot of other <u>certificates</u> that I've earned also while being in here, I have 3 children that I really need to get back out of here to, I have a son who's not doing to good out there in the world all because I would'nt tell on guys who I grew up living around, and now because of that my son has joined a gang that he thinks is his family. Mr. Smalkin I'm not asking you to rule and do something that isn't right and just. All I'm asking is that you re-look at my case and see that my case was never even suppose to be in your court room. Nothing that was done in my case was right at all. Also before the government even Tries to lie again and add anything to my case that I'm trying to bring before you. Mr. Smalkin I had a run in almost similar to my conspiracy case in here. I had a celli who was in trouble while I was at F.C.I Memphis. The C.O came into our room and saw my celli with a green leafy substance, atleast that's what she stated. She said that my celli pushed her and ran out of the room, which she ran right after him. In here you just do your own time and mind your own business. That's what I do I mind my own business, and when she went out of the cell behind him, I knew that I was in trouble right with him and even though she didn't see me with anything I still got locked up with him, I know it's a long process when dealing with these C.O's and green leafy stuff, so when she ran out behind him, I just went to take a leak because I knew that we would be in a holding cell all day long and there's no bathroom in there. I knew that her help was on the way, so when she heard me using the bathroom she was on her way back to our cell following him back which at that time she asked me what was I doing and told her using the bathroom, which at that time she said that I had interfered with her duty which was not the truth at all. I even said that I would take a drug test or do whatever they wanted me to do to prove that I wasn't apart of whatever she said she saw. The officer said that they would test me and if everything came back good they would

(1)

cut me loose. They never did the test on me, because I've never used no drugs in my life or drunk anything. So by my cellie knowing that I was in the clear he lied on me and said that he pushed the lady, and everything that she saw him with was mines. He told another lie on my end of that case which I lost my visits, good time, and I did hole time, plus a transfer. Ever since that happened to me, I have never stayed in a cell again. I <u>worked</u> in unicor and I did overtime everyday and on the weekends. I haven't been in <u>no more trouble</u>. Things have been okay with me and I've been doing things right so I can get out of here and back with my family and children. Please Mr. Smalkin I really do need to be back out there for the rest of my children so that they won't get caught up in those gangs. My oldest son just got 3 yrs. yesterday because these gang people had him out there shooting people. I know if I was out there he wouldn't have done nothing like that, so please help me to save my other son and daughter. I am ready to come back into their world again, I am really, really ready to be back with all of my family members. I've also gained some new family members who have been here also. They live in Louisville KY. and I've been being a good father figure to them as well as my own children. We write each other letters, they stay coming to see me on a regular basis and I love them and they love me. The children wants me home with them also. They go through alot also with me being in here, they need me out there with them also. The children want me and their mother to get married and things are really going great with us. Like I said I've changed and I keep in touch with my family alot. When I call my mother she's always crying and waiting to hear that I'm on my way back home again. Mr. Smalkin, my mother is getting old and I need to be with her before she dies without me. It's like (2) of my co-defendants who have already lost their mothers while being in here and I don't want to lose my mother in here. My family that's in Louisville KY. make away for my children and mother to visit with me on the holidays also so I do have alot of family support out there once I do get back out there. I don't even have to deal in drugs again or hang out with the wrong kinds of crowds. I just transferred here in Ashland KY, I've stayed out of troubles and have done everything that my unit team has requested of me and I'm now at a low security prison and my next move I hope will be back home with my family, but if not home it will be at a camp!! I plan on getting into some more of these classes that they have here at FCI Ashland. I just got here so I have to get on their waiting list. Plus I'll be attending unicor again also. I don't have anything to hide, and I hope that I'll be able to benefit from the new crack law. I think I deserve a second chance please?

Sincerely,
Christopher White jr

(2)