**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 MAY 13 A II: 51

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. WDQ-98-358 |
| CHRISTOPHER WHITE | * | |
| # 33352-037 | * | |

\* \* \* \* \* \* \*

**O R D E R**

Pending is a paper filed by Christopher White, proceeding pro se, requesting a reduction

of sentence based on the retroactive application of Amendment No. 706 to the United States

Sentencing Guidelines related to cocaine base ("crack") offenses. The paper shall be construed

as a motion for reduction of sentence pursuant to 18 U.S.C. §3582(c). Upon review of the paper,

it is this _13th_ day of May, 2008, hereby ordered by the United States District Court for the

District of Maryland that:

1.    The paper IS CONSTRUED as a motion pursuant to 18 U.S.C. §3582(c);

2.    The Clerk SHALL PROVIDE a copy of this order and the 18 U.S.C. §3582(c)
      motion to: the Federal Public Defender for the District of Maryland; the United
      States Attorney for the District of Maryland; and the United States Probation
      Office;

3.    The Federal Public Defender for the District of Maryland is appointed to
      PRELIMINARILY REVIEW the motion and PROVIDE a status report within
      120 days; and

4.    The Clerk SHALL SEND a copy of this order to defendant.

_____
William D. Quarles, Jr.
United States District Judge