## OFFICE OF THE FEDERAL PUBLIC DEFENDER
## DISTRICT OF MARYLAND

NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND  21201-2705
TEL:  (410) 962-3962
FAX:  (410) 962-0872

JAMES WYDA
FEDERAL PUBLIC DEFENDER

DENISE C. BARRETT
ASSISTANT FEDERAL PUBLIC DEFENDER

**Crack Reduction Case - Status Report**

August 29, 2008

Honorable William D. Quarles
United States District Court
 for the District of Maryland
101 West Lombard Street
Chambers 3A
Baltimore, Maryland 21201

      Re:   *United States v Christopher White*
               Dkt No.: S-98-0358

Dear Judge Quarles:

Mr. White filed a *pro se* motion to reduce his sentence.  The U.S. Probation Office has concluded that Mr. White is not eligible to seek a reduction in his sentence because the "quantity of Crack/Cocaine base exceeded 4,500 grams."  While my Office does not agree that defendants sentenced on quantities in excess of 4,500 grams of Cocaine base are not eligible for reductions, it appears that the issue is moot in Mr. White's case.

A review of his sentencing transcript, excerpt attached as Exhibit A, shows that Judge Smalkin sentenced him based upon a finding that the offense involved at least 30 kilograms of Heroin.  It does not appear that the quantity of Crack involved in the offense played a role in the sentence.  Under those circumstances, we have no information to rebut the conclusion of U.S. Probation that Mr. White is not eligible to seek a sentence reduction under the Crack amendments and 18 U.S.C. § 3582(c)(2).

Thank you for your attention to this matter.

Very truly yours,

/S/

Denise C. Barrett
Assistant Federal Public Defender

DCB/kdw
Enclosure
cc:    Christopher White
        Barbara S. Sale, AUSA
        Estelle Santana, USPO