IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.                                                          Criminal No. WDQ (S)98-0358

CHRISTOPHER WHITE
#33352-037

\* \* \* \* \* \* \*

**ORDER**

Pursuant to court order appointing counsel to preliminarily review defendant's eligibility for a sentence reduction under 18 U.S.C. §3582(c)(2) based on Amendment No. 706 to the United States Sentencing Guidelines related to cocaine base ("crack") offenses, counsel has filed a status report. After reviewing the status report, the defendant's pro se motion to reduce sentence under 18 U.S.C. § 3582(c), the information provided by the United States Probation Office, and any comment submitted by the government, this court finds that the defendant is ineligible for a sentence reduction under Amendment No. 706.

Accordingly, it is this 2d day of September, 2008, hereby ordered by the United States District Court for the District of Maryland that:

1. The Motion for Reduction of Sentence IS DENIED; and

2. The Clerk SHALL SEND a copy of this order to counsel, the United States Probation Office, and the defendant.

William D. Quarles, Jr.
United States District Judge