## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

v.

Christopher White.

Case No. WDQ (S)98-0358

FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

SEP 1 0 2008

AT SALT ____
CLE ____ ____
DISTRICT OF MD ____
BY ____

### NOTICE OF APPEAL

COMES NOW, Defendant, Christopher White, pro se, and hereby gives notice that he appeals to the United States Court of Appeals for the Fourth Circuit from the final judgement entered in this action on September 2, 2008.

Respectfully Submitted,

Dated: 9/7/08

Christopher White
Christopher White
BOP #33352-037
FCI Ashland
P.O. Box 6001
Ashland, KY 41105

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing have been placed in the institution mailbox, appropriate first class postage pre-paid, and addressed to:

    Office of the Clerk
    101 W. Lombard Street
    Baltimore, MD 21201

    U.S. Attorney's Office
    365 Charles Street, 4th Floor
    Baltimore, MD 21202

on this, the 7th day of September, 2008.

Christopher White, pro se

Christopher White    #33352-037
FCI Ashland
P.O. Box 6001
Ashland, KY 41105


Office of the Clerk
101 W. Lombard Street
Baltimore, MD 21201

RE: Case Number WDQ (S)98-0358

Dear Sir/Madam:

    Please find the following enclosed:

    - **One (1) Original Notice of Appeal**
    - **One (1) extra first page of said Notice**

    Please stamp the extra first page "Filed" and return it to
the undersigned in the included self addressed, stamped envelope.


    Your assistance in this matter is greatly appreciated.


                                    Sincerely,


                                    Christopher White
Dated: 9/7/08                       Christopher White

Christopher White
#33352-037
Federal
Correctional
Institution
P.O. Box 6001
Ashland, KY 41105

CERTIFIED MAIL™

7007 0220 0001 5834 4674

Office of the Clerk
101 W. Lombrad Street
Baltimore, MD 21201