**TRANSMITTAL SHEET**
(Notice of Appellate Action)

| | | |
|---|---|---|
| X Notice of Filing<br>_ Cross Appeal<br>_ Interlocutory Appeal<br>_ Additional NOA<br>_ Amended NOA<br>_ Transmittal of Record<br>_ Transmittal of Certificate<br>_ Supplement to ROA<br>_ Supplemental Certificate<br>_ Other:_____ | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br>AT BALTIMORE<br><br>USA<br>v.<br>Christopher White | District Court Case No. WDQ-98-358<br><br>4 CCA Case No.<br><br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed: 9/10/08 | 4. Fees<br>   X no fee required (IFP)<br>$5 filing fee:   paid   unpaid<br>$450 docketing fee:   paid   unpaid<br>Pauper status:   granted   no ☐   3 strikes? ☐ yes  X no<br>Does PLRA apply?   Yes   X no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
| 2. Amended NOA | |
| 3. District Judge: William D. Quarles, Jr. | 5. Materials Under Seal in District Court?   yes   no<br><br>Party Names Under Seal in District Court?  _ yes   no |
| 6. Official Court Reporter(s)<br>Contract Court Reporter:<br><br>Coordinator(s):<br>Stephanie L. Savoy | 7. Transcript<br><br>In-Court Hearing Held   yes   _no |
| | 8. Criminal/Prisoner Cases<br><br>☐ recalcitrant witness   Defendant's Address:<br>☐ on death row<br>☐ in custody<br>☐ on bond<br>☐ on probation |

**Part II**     TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT____ |
|---|---|
| Pleadings:   Vols._____ | Pleadings:   Vols._____ |
| Transcript:   Vols._____ | Transcript:   Vols._____ |
| Exhibits:   Vols._____ | Exhibits:   Vols._____ |
| Depositions:   Vols._____ | Depositions:   Vols._____ |
| State Ct. Record:   Vols._____ | State Ct. Record:   Vols._____ |
| Sealed:   Vols._____ | Sealed:   Vols._____ |
| No. of Boxes _____ | No. of Boxes _____ |

Deputy Clerk: Stephanie Savoy     Phone: (410) 962-3928     Date: September 10, 2008